STATE on the relation of JOHN N. WHITFORD, Adm'r. *de bonis non* of FRANCIS T. WILLIAMSON *v.* WILLIAM FOY.

(For Syllabus see the preceding case, page 247.)

The facts of this case, and the rulings of the Court below appealed from, and the decision of this Court, are identically the same as they are in the preceding case of *Whitford and wife* v. *Foy ;* and to the opinion delivered therein, the CHIEF JUSTICE refers.